# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 6, 2015

## NO. 03-14-00462-CR

**Leonard Mike Penley, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 27TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.